IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PUBLIX SUPER MARKETS, INC., AND PUBLIX RISK MANAGEMENT,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

Appellants,

v.

CASE NO. 1D15-5878

CLARENCE HAWKINS, SR.,

Appellee.

_____/

Opinion filed June 20, 2016.

An appeal from an order of the Judge of Compensation Claims.
Margaret Sojourner, Judge.

Dates of Accidents:  March 18, 2009 and June 28, 2010.

Thomas P. Vecchio of Vecchio, Carrier, Feldman & Johannessen, P.A., Lakeland, for Appellants.

Bill McCabe, Longwood, and Pat T. Dicesare, Lakeland, for Appellee.


PER CURIAM.

    AFFIRMED.

ROBERTS, C.J., ROWE and MAKAR, JJ., CONCUR.